# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Benjamin L Williams
Sabrina F Williams

Case No.: 12-26595-SLM

Hearing Date: 06/14/2017

Chapter: 13

Judge: Hon. Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 3A
MLK Jr. Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Date and Time:** June 14, 2017 at 9:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: May 11, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on May 11, 2017 this notice was served on the following: Debtor, Debtor's Attorney, United States Trustee, Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

*rev.1/4/17*