Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 12−26595−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Benjamin L Williams | Sabrina F Williams |
| 410 9th Ave | 410 9th Ave |
| Paterson, NJ 07514 | Paterson, NJ 07514 |

Social Security No.:
  xxx−xx−1618                                             xxx−xx−7639

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 31, 2018</u>                 <u>Stacey L. Meisel</u>
                                                    Judge, United States Bankruptcy Court