**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Benjamin L Williams | Social Security number or ITIN xxx−xx−1618 |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sabrina F Williams | Social Security number or ITIN xxx−xx−7639 |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  12−26595−SLM

## Order of Discharge                                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Benjamin L Williams                    Sabrina F Williams

1/31/18                                **By the court:** Stacey L. Meisel
                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-26595-SLM
Benjamin L Williams                                                       Chapter 13
Sabrina F Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Jan 31, 2018
                              Form ID: 3180W           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db/jdb         +Benjamin L Williams,    Sabrina F Williams,    410 9th Ave,    Paterson, NJ 07514-1720
513174738      +Aurora Financial Gr In,    9 Eves Dr, Suite 109,    Marlton, NJ 08053-8114
513183075      +CREDIT ACCEPTANCE,    25505 W 12 MILE RD #3000,    SOUTHFIELD, MICH 48034-8331
513174752     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,    25505 W 12 Mile,    Southfield, MI 48034)
513469092      +Citybank (South Dakota), N.A.,    First Resolution Investment Corp,    5190 Neil Road, Suite 430,
                Reno, NV 89502-8535
513174757      +First Resolution,    10 Forest Avenue,    Paramus, NJ 07652-5242
516950432      +First Resolution Investment Corp.,    5190 Neil Rd., Ste. 430,    Reno, NV 89502-8535
513174767      +Lhr Inc,    56 Main St,   Hamburg, NY 14075-4905
513456086      +MidFirst Bank,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
513174772      +Midland Mortgage Company/Mid First Bank,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
513174771      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
513174773      +N Jersey Fcu,    530 Route 46 East,    Totowa, NJ 07512
513462852      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                Parsippany NJ 07054-5020
513174776      +Ssbachildnwr,    P O Box 6972,    Metairie, LA 70009-6972
513174777      +Transnatl,    1162 St Georges Av,    Avenel, NJ 07001-1263
513174778      +Verizon New Jersey Inc,    Po Box 3397,    Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:31     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:28     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513204412       EDI: PHINAMERI.COM Jan 31 2018 22:18:00     Americredit Financial Services, Inc.,
                PO Box 183853,    Arlington TX 76096
513195741       EDI: PHINAMERI.COM Jan 31 2018 22:18:00     AmeriCredit Financial Services, Inc.,
                PO Box 183853,    Arlington, Texas  76096
513174734      +EDI: AFNIRECOVERY.COM Jan 31 2018 22:18:00      Afni, Inc.,   Attn: Bankruptcy,    Po Box 3097,
                Bloomington, IL 61702-3097
513174735      +EDI: AFNIRECOVERY.COM Jan 31 2018 22:18:00      Afni, Inc.,   Po Box 3427,
                Bloomington, IL 61702-3427
513306689       EDI: AIS.COM Jan 31 2018 22:18:00     American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
513253990       EDI: AIS.COM Jan 31 2018 22:18:00     American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513317904       EDI: RESURGENT.COM Jan 31 2018 22:18:00     Ashley Funding Services, LLC its successors and,
                assigns as assignee of LabCorp,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
513174737      +EDI: ACCE.COM Jan 31 2018 22:18:00     Asset Acceptance Llc,    Po Box 1630,
                Warren, MI 48090-1630
513174736      +EDI: ACCE.COM Jan 31 2018 22:18:00     Asset Acceptance Llc,    Attention: Bankruptcy,
                Po Box 2036,    Warren, MI 48090-2036
513174744       EDI: CAPITALONE.COM Jan 31 2018 22:18:00     Capital One, N.a.,    Po Box 85520,
                Richmond, VA 23285
513174739      +EDI: RESURGENT.COM Jan 31 2018 22:18:00     Cach Llc/Square Two Financial,
                Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
513174740      +EDI: RESURGENT.COM Jan 31 2018 22:18:00     Cach Llc/Square Two Financial,
                4340 S Monaco St Unit 2,    Denver, CO 80237-3581
513268095       EDI: CAPITALONE.COM Jan 31 2018 22:18:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
513174741      +EDI: CAPITALONE.COM Jan 31 2018 22:18:00     Capital One, N.a.,    Capital One Bank (USA) N.A.,
                Po Box 30285,    Salt Lake City, UT 84130-0285
513174747      +EDI: CHASE.COM Jan 31 2018 22:18:00     Chase- Bp,    225 Chastain Meadows Court,
                Kennesaw, GA 30144-5897
513174748      +EDI: CHASE.COM Jan 31 2018 22:18:00     Chase/cc,    Po Box 15298,    Wilmington, DE 19850-5298
513206095       Fax: 504-889-9403 Jan 31 2018 22:54:21     Childrenswear,    Bank of Louisiana,    P O Box 6972,
                Metairie, LA 70009-6972
513174750       EDI: CHRYSLER.COM Jan 31 2018 22:18:00     Chrysler Financial/TD Auto Finance,
                27777 Franklin Rd,    Farmington Hills, MI 48334
513174749      +EDI: CHRYSLER.COM Jan 31 2018 22:18:00     Chrysler Financial/TD Auto Finance,
                Attention: Bankruptcy,    Po Box 860,    Roanoke, TX 76262-0860
513174754       EDI: DISCOVER.COM Jan 31 2018 22:18:00     Discover Fin,    Po Box 15316,    Wilmington, DE 19850
513206343      +EDI: TSYS2.COM Jan 31 2018 22:18:00     Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513190105       EDI: DISCOVER.COM Jan 31 2018 22:18:00     Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
513174753      +EDI: DISCOVER.COM Jan 31 2018 22:18:00     Discover Fin,    Attention: Bankruptcy Department,
                Po Box 3025,    New Albany, OH 43054-3025

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Jan 31, 2018
                               Form ID: 3180W           Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513174755       +EDI: TSYS2.COM Jan 31 2018 22:18:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513174760       +EDI: RMSC.COM Jan 31 2018 22:18:00      Gemb/JC Penny,    Po Box 965005,    Orlando, FL 32896-5005
513174758       +EDI: RMSC.COM Jan 31 2018 22:18:00      Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
513174764       +EDI: RMSC.COM Jan 31 2018 22:18:00      Gemb/pc Richards,    Po Box 981439,
                 El Paso, TX 79998-1439
513174762       +EDI: RMSC.COM Jan 31 2018 22:18:00      Gemb/pc Richards,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
513174766       +EDI: PHINAMERI.COM Jan 31 2018 22:18:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
513423150        E-mail/Text: bknotice@crgofusa.com Jan 31 2018 22:50:52
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
513214626        EDI: JEFFERSONCAP.COM Jan 31 2018 22:18:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513174768       +EDI: TSYS2.COM Jan 31 2018 22:18:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
513174769       +EDI: MID8.COM Jan 31 2018 22:18:00      Midland Credit Mgmt In,    8875 Aero Dr,
                 San Diego, CA 92123-2255
513174770       +EDI: MID8.COM Jan 31 2018 22:18:00      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
513174774       +E-mail/PDF: bankruptcy@ncfsi.com Jan 31 2018 22:46:02      New Century Financial,
                 110 S. Jefferson Rd.,    Suite 104,    Whippany, NJ 07981-1038
513174775       +E-mail/PDF: bankruptcy@ncfsi.com Jan 31 2018 22:46:02      New Century Financial,
                 110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
513471390        EDI: PRA.COM Jan 31 2018 22:18:00      Portfolio Recovery Associates, LLC,    c/o Capital One, Na,
                 POB 41067,    Norfolk VA 23541
513470974        EDI: PRA.COM Jan 31 2018 22:18:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                 PO Box 41067,    Norfolk VA 23541
513174780       +EDI: VERIZONEAST.COM Jan 31 2018 22:18:00      Verizon New Jersey Inc,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 41

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Jefferson Capital Systems LLC
513174745*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    Po Box 85520,    Richmond, VA 23285)
513174746*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    Po Box 85520,    Richmond, VA 23285)
513174751*     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,    25505 West 12 Mile Road,
                 Southfield, MI 48034)
513174742*      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
513174743*      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
513174756*      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
517013747*      +First Resolution Investment Corp.,    5190 Neil Road, Ste. 430,    Reno, NV 89502-8535
513174761*      +Gemb/JC Penny,    Po Box 965005,    Orlando, FL 32896-5005
513174759*      +Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513174765*      +Gemb/pc Richards,    Po Box 981439,    El Paso, TX 79998-1439
513174763*      +Gemb/pc Richards,    Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513215665*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
513174781*      +Verizon New Jersey Inc,    500 Technology Dr,    Weldon Spring, MO 63304-2225
513174779*      +Verizon New Jersey Inc,    Po Box 3397,    Bloomington, IL 61702-3397
                                                                                     TOTALS: 1, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Jan 31, 2018
                              Form ID: 3180W           Total Noticed: 57
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

```
          Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Clifford B. Frish     on behalf of Joint Debtor Sabrina F Williams yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          Clifford B. Frish     on behalf of Debtor Benjamin L Williams yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow     on behalf of Joint Debtor Sabrina F Williams yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow     on behalf of Debtor Benjamin L Williams yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark  Goldman     on behalf of Debtor Benjamin L Williams yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Mark  Goldman     on behalf of Joint Debtor Sabrina F Williams yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 10
```