UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on August 26, 2022
by Clerk
U.S. Bankruptcy Court District
of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: August 26, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by _____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____ will be forwarded to _____ at the following address:

_____

_____

_____

_____

*new.8/1/15*