Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 12–26595–SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Benjamin L Williams | Sabrina F Williams |
| 410 9th Ave | 410 9th Ave |
| Paterson, NJ 07514 | Paterson, NJ 07514 |

Social Security No.:
  xxx–xx–1618                                      xxx–xx–7639

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on August 26, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 130 – 127
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 127). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/26/2022. (wiq)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 26, 2022
JAN: wiq

                                                                           Jeanne Naughton
                                                                           Clerk